PROB 12C
(4/19)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender under Supervision
## AMENDED PETITION

**Name of Offender:** Fernando Pinero     **Docket Number:** 18-09080M-001
   **PACTS Number:** 4964833

**Name of Sentencing Judicial Officer:** THE HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 02/28/2019

**Original Offense:** Obstruction Of Mail Generally, 18 U.S.C. Section 1701

**Original Sentence:** 36 months probation

**Special Conditions:** Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Motor Vehicle Compliance

**Type of Supervision:** Probation     **Date Supervision Commenced:** 02/28/2019

**Assistant U.S. Attorney:** Andrew Macurdy, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lisa Mack, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.' |

Prob 12C – page 2
Fernando Pinero

On March 19, 2019, during a home visit, the offender tested positive for opiates and cocaine. He admitted to using heroin and cocaine a few days prior. On March 21, 2019, he was referred to The Cope Center, Montclair, New Jersey for both substance abuse and mental health counseling, and prescribed anti-anxiety medication. Thereafter, on June 30, 2019, during a home visit, Pinero admitted to using heroin and cocaine again.

On July 1, 2019, he was transported to long-term inpatient treatment at Maryville Addiction Center, Pemberton, New Jersey. On July 31, 2019, Pinero submitted a positive urine specimen for both Buprenophine (suboxone), which they give to offender during detox, and Norbuprenophine which contains Subutex, which is not administered during detox. Contact with the counselor at Maryville indicated that it took two weeks before the offender admitted to illicit substance use. In addition, it came to Maryville's attention that offender gave other clients this illicit substance, however, offender has denied this. On August 13, 2019, Pinero was unsuccessfully discharged for illicit drug use and not being accountable for his actions.

2    The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

On August 19, 2019, the offender was arrested by the NJ Transit Police Department, Newark, for Driving While Intoxicated; and Possession of Controlled Dangerous Substance (CDS). He was transported to the Essex County Jail, where he remains, pending these charges. Details of this arrest were requested and will be included in the Amended Violation Report.

3    The offender has violated the mandatory supervision condition which states **'You must not unlawfully possess a controlled substance.'**

On August 19, 2019, the offender was arrested by the NJ Transit Police Department, Newark, for Driving While Intoxicated; and Possession of Controlled Dangerous Substance (CDS). He was transported to the Essex County Jail, where he remains, pending these charges. Details of this arrest were requested and will be included in the Amended Violation Report.

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
Senior U.S. Probation Officer
Date: 08/26/2019

Prob 12C – page 3
Fernando Pinero

THE COURT ORDERS:

☒ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____. (as recommended by the Probation Office)
☐ No Action
☐ Other

_____
Signature of Judicial Officer

8/28/19
_____
Date